**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TD BANK, NATIONAL ASSOCIATION,<br><br>      Defendant. | Civil Action No. 1:14-cv-00528-SLR |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule Of Civil Procedure 41(a)(1), Plaintiff Joao Bock Transaction Systems, LLC hereby notifies the Court that all of its claims in this matter are dismissed without prejudice. Defendant TD Bank, National Association has not been served with the Complaint, has not filed an Answer to the Complaint, and has not filed a Motion for Summary Judgment in this matter.

\

\

| | |
|---|---|
| Dated: July 11, 2014 | **STAMOULIS & WEINBLATT LLC** |

                                          */s/ Stamatios Stamoulis*
                                          Stamatios Stamoulis #4606
                                                  stamoulis@swdelaw.com
                                          Richard C. Weinblatt #5080
                                                  weinblatt@swdelaw.com
                                          Two Fox Point Centre
                                          6 Denny Road, Suite 307
                                          Wilmington, Delaware 19809
                                          Telephone: (302) 999-1540

                                          Steven W. Ritcheson, *Pro Hac Vice Anticipated*
                                                  swritcheson@hgdlawfirm.com
                                          **HENINGER GARRISON DAVIS, LLC**
                                          9800 D Topanga Canyon Boulevard, #347
                                          Chatsworth, California 91311
                                          Telephone: (818) 882-1030
                                          Facsimile: (205) 326-3332

                                          Maureen V. Abbey, *Pro Hac Vice Anticipated*
                                                  maureen@hgdlawfirm.com
                                          220 St. Paul Street
                                          Westfield, New Jersey 07090
                                          Telephone: (908) 379-8475
                                          Facsimile: (205) 547-5500

                                          *Attorneys for Plaintiff*
                                          *Joao Bock Transaction Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606